**Order entered April 19, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01428-CV

### ERIN FENNESSY, Appellant

### V.

### HOUSTON DAYTON, Appellee

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-00635**

## ORDER

The reporter's record in this case is past due. By postcard dated February 14, 2018, we notified Glenda Finkley, Official Court Reporter for the 256th Judicial District Court, that the reporter's record was overdue and directed her to file the reporter's record within thirty days. To date, the reporter's record has not been filed and we have not received any correspondence regarding the reporter's record.

Accordingly, we **ORDER** Glenda Finkley, to file, within **FIFTEEN DAYS** of the date of this order either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant has not requested the reporter's record.[1] *We notify*

---

[1] Our records indicate appellant filed a statement of inability to pay costs in the trial court on December 15, 2017.

*appellant that if we receive verification the reporter's record has not been requested, we will*

*order the appeal submitted without the reporter's record.  See* Tex. R. App. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order to:

Honorable David Lopez
Presiding Judge
256th Judicial District Court

Glenda Finkley
Official Court Reporter
256th Judicial District Court

All parties


/s/     CAROLYN WRIGHT
            CHIEF JUSTICE